# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| IVAN DEXTER CHAPMAN : | |
| : | |
| Movant, : | |
| : | CRIMINAL ACTION NO. |
| v. : | 1:06-CR-0470-RWS |
| : | |
| UNITED STATES OF AMERICA, : | |
| : | |
| Respondent. : | |

## **ORDER**

This case is before the Court for consideration of the Report and Recommendation [43] of Magistrate Judge Janet F. King. After reviewing the Report and Recommendation and Petitioner's Objections [44] thereto, the Report and Recommendation is received with approval and adopted as the Opinion and Order of this Court. Accordingly, the Movant's Section 2255 Motion [42] is hereby **DENIED**. Also, Movant is **DENIED** a certificate of appealability.

**SO ORDERED** this  23rd  day of February, 2012.

_____
**RICHARD W. STORY**
United States District Judge